**FILED**
April 12, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:11-mj-00107 CMK |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| ALEXANDER NATHAN NORRIS, ) | |
| ) Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  Alexander Nathan Norris ; Case 2:11-mj-00107 CMK  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __   Release on Personal Recognizance

  __   Bail Posted in the Sum of _____

  _X_  Unsecured Appearance Bond in the amount of $25,000, co-signed by David Norris.

  __   Appearance Bond with 10% Deposit

  __   Appearance Bond secured by Real Property

  __   Corporate Surety Bail Bond

  _X_  (Other) Pretrial Supervision/Conditions.

Issued at  Sacramento, CA  on  4/12/2011  at  2:00 .

By  /s/ _____
Craig M. Kellison
United States Magistrate Judge